UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAWAD AHMED, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.                                  Case No. 8:14cv1885-T-23-MAP

ADVANCE/NEWHOUSE PARTNERSHIP
d/b/a BRIGHT HOUSE NETWORKS,
LLC,

        Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW
AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Local Rule 2.03 for the Middle District of Florida and the Federal Rules of Civil Procedure, Christine M. Jalbert, Esquire, hereby files this motion to withdraw as counsel for Plaintiff Rawad Ahmed, and others similarly situated, and in support thereof, states as follows:

1.    Plaintiff filed this matter on August 5, 2014, under the representation of Sam J. Smith, Esq. and Christine M. Jalbert, Esq. of Burr & Smith, LLP, and Eric Dirks, Esq. of Williams Dirks Dameron LLC.

2.    Currently, Plaintiff Ahmed is represented by the three aforementioned attorneys from Burr & Smith, LLP and Williams Dirks Dameron LLC.

3.    The undersigned has resigned from the law firm of Burr & Smith, LLP and will no longer be employed with the firm after October 3, 2014.

4.    On September 24, 2014, the undersigned counsel personally notified Plaintiff of her intent to withdraw from this case via telephone, and a letter communicating same was sent via U.S.

1

Mail to Plaintiff the same day.

5. Plaintiff's undersigned counsel also notified co-counsel and Defendant's counsel[1] on September 24, 2014 as to her intent to withdraw.

## MEMORANDUM OF LAW

Rule 4-1.16 of the Rules Regulating the Florida Bar permits an attorney to withdraw from further representation for a number of reasons, including for "good cause" and also, "if withdrawal can be accomplished without material adverse effect on the interests of the client." Rule 4-1.16 of the Rules Regulating the Florida Bar. Additionally, Rule 2.03 of the Local Rules requires the court's permission before an attorney can withdraw. *See* M.D.Fla.L.R. 2.03. In this instance, Plaintiff's undersigned counsel's withdrawal is for good cause as she will no longer be affiliated with Burr & Smith, LLP. In addition, withdrawal can be accomplished without material adverse effect on the interests of the client as he has two other experienced and competent attorneys remaining to represent him and others similarly situated in this matter.

As the undersigned has taken all steps to ensure compliance with the rules regarding withdrawal, reasonable notice has been provided to all parties affected, and Plaintiff continues to be represented by counsel, the undersigned hereby respectfully requests that this Honorable Court grant the instant motion.

**WHEREFORE**, Plaintiff respectfully requests an Order (a) granting this Motion; (b) authorizing Christine M. Jalbert, Esquire to withdraw as counsel of record for Plaintiff; (c)

---

[1] Although the complaint has not yet been served on Defendant, Plaintiff has submitted a demand to Defendant through Defendant's counsel, Mr. Sharkey, who has confirmed his representation of Defendant.

relieving Christine M. Jalbert, Esquire of any and all further obligations on behalf of Plaintiff; and (d) terminating future CM/ECF notifications to Christine M. Jalbert, Esquire.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rules of the Middle District of Florida, Plaintiff's undersigned counsel notified Defendants' counsel on September 24, 2014, of her intent to withdraw and Defendants' counsel has no objection to counsel's withdrawal.

Dated October 1, 2014                    Respectfully submitted,

/s/ Christine M. Jalbert
CHRISTINE M. JALBERT
Florida Bar Number 0846341
BURR & SMITH, LLP
442 W. Kennedy Blvd., Suite 300
Tampa, FL  33606-1495
813-253-2010
813-254-8391 (facsimile)
cjalbert@burrandsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2014, I mailed via U.S. Post and via Email a true and correct copy of the foregoing Unopposed Motion to Withdraw to co-counsel Eric Dirks, Williams Dirks Dameron LLC, 1100 Main Street, Ste 2600, Kansas City, MO 64105 (dirks@williamsdirks.com), and counsel for Defendant Benjamin D. Sharkey, Esq., Jackson Lewis LLP, 501 Riverside Ave., Ste. 902, Jacksonville, FL 32202 (SharkeyB@jacksonlewis.com).

/s/ Christine M. Jalbert
Christine M. Jalbert