UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAWAD AHMED,

      Plaintiff,

v.                              Case No. 8:14-cv-01885-T-23MAP

ADVANCE/NEWHOUSE PARTNERSHIP
d/b/a BRIGHT HOUSE NETWORKS, LLC,

      Defendant.
_____/

## ORDER

Before the Court is a motion for Plaintiff's counsel, Christine M. Jalbert, to withdraw from further representation (doc. 7). Plaintiff will continue to be represented by the law firm of Burr & Smith, LLP and Williams Dirks Dameron, LLC. Upon consideration of the motion and record, it is hereby

ORDERED:

1.     The motion for Plaintiff's counsel, Christine M. Jalbert, to withdraw from further representation (doc.7) is GRANTED; and

2.     All case management and Court deadlines remain the same.

DONE AND ORDERED in Tampa, Florida on October 2, 2014.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE