UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAWAD AHMED, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.                                      Case No. 8:14cv1885-T-23-MAP
                                       Division
ADVANCE/NEWHOUSE PARTNERSHIP
d/b/a BRIGHT HOUSE NETWORKS,
LLC,

        Defendant.
_____/

## **NOTICE OF APPEARANCE**

       Please enter the appearance of Loren B. Donnell of Burr & Smith, LLP as counsel for

Plaintiff Rawad Ahmed.

Dated: December 2, 2014        Respectfully Submitted,


                                        /s/ Loren B. Donnell
                                        Loren B. Donnell
                                        Florida Bar No. 0013429
                                        Sam J. Smith
                                        Florida Bar No. 818593
                                        BURR & SMITH, LLP
                                        442 W. Kennedy Boulevard, Suite 300
                                        Tampa, FL 33606
                                        (813) 253-2010
                                        (813) 254-8391 FAX
                                        ldonnell@burrandsmithlaw.com
                                        ssmith@burrandsmithlaw.com

Eric Dirks, Trial Counsel
MO 54921, *Pro Hac Vice* Admission To Be Requested
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
816-876-2600
816-221-8763 FAX
dirks@williamsdirks.com