UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAWAD AHMED, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.                                          Case No. 8:14cv1885-T-23-MAP
                                          Division
ADVANCE/NEWHOUSE PARTNERSHIP
d/b/a BRIGHT HOUSE NETWORKS,
LLC,

       Defendant.
_____/

## NOTICE OF APPEARANCE

       NOTICE IS HEREBY GIVEN that Tamra Givens, of the law firm of Burr & Smith, LLP, enters her appearance as attorney for plaintiffs in the above-styled case

Dated:  January 14, 2015                Respectfully submitted,

                                          /s/ Tamra Givens
                                          Tamra Givens
                                          Fla. Bar No. 657638
                                          BURR & SMITH, LLP
                                          111 2nd Avenue N.E., Suite 1100
                                          St. Petersburg, FL  33701
                                          (813) 253-2010
                                          (727) 823-2126 (facsimile)
                                          tgivens@burrandsmithlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 14th day of January, 2015, a true and accurate copy of the foregoing Notice of Appearance, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                      /s/ Tamra Givens
                                      Tamra Givens