UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| RAWAD AHMED, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCE/NEWHOUSE PARTNERSHIP d/b/a BRIGHT HOUSE NETWORKS, LLC <br><br> Defendant. | Case No.: 8:14-cv-01885-SDM-MAP |

## CONSENT MOTION TO ALLOW CASE MANAGEMENT CONFERENCE TO BE HELD TELEPHONICALLY

Defendant, ADVANCE/NEWHOUSE PARTNERSHIP d/b/a BRIGHT HOUSE NETWORKS, LLC[1] ("Defendant"), by and through its undersigned counsel, hereby requests that this Honorable Court allow the parties to meet by telephone to prepare the Case Management Report ("CMR") required by the Order of this Court and Local Rule 3.05. In support of this Motion, Defendant submits as follows:

1. Pursuant to this Court's Related Case Order and Track Two Notice [Doc. 4] and Local Rule 3.05, the parties are required to meet and confer *in person* for the purpose of preparing a CMR within sixty days after service of the Complaint, or the first appearance of any defendant.

2. Both parties are located in the Middle District of Florida. However, the office of counsel for Defendant is located in Jacksonville, Florida, and the office of counsel for

---

[1] Plaintiff's Complaint incorrectly names Advance/Newhouse Partnership, d/b/a Bright House Networks, LLC as the Defendant in this action.

Plaintiff is located in St. Petersburg, Florida, over 200 miles apart. Consequently, and in the interest of economy and expediency, the Parties respectfully request that the Court allow the parties to hold the CMC by telephone. *See, e.g.*, M.D. Fla. L.R. 3.01(i) ("The use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities.").

3. Counsel for Plaintiff and Defendant have already agreed to hold the CMC by telephone to discuss the required matters to permit preparation of the CMR, if this procedure is approved by the Court.

4. Pursuant to Local Rule 3.01(g), counsel for the Parties have conferred and agree to the relief sought herein.

WHEREFORE, Defendant respectfully request that the Court: (i) grant the instant Motion and allow the Parties to meet telephonically to prepare a Case Management Report; and (ii) grant such further relief as this Court deems just and proper.

DATED this 29th day of January, 2015.

Respectfully submitted,

JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, Florida 32202
Telephone: (904) 638-2655
Facsimile: (904) 638-2656

By:   */s/Benjamin D. Sharkey*
      Benjamin D. Sharkey
      Florida Bar No. 0389160

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

   This is to certify that the foregoing pleading was filed using the CM/ECF System, which will automatically give notice this 29th day of January, 2015 to the following attorneys of record by electronic means:

Sam J. Smith  
Tamra Givens  
BURR & SMITH, LLP  
111 2nd Avenue N.E., Suite 1100  
St.Petersburg, Florida  33701  
ssmith@burrandsmithlaw.com  
tgivens@burrandsmithlaw.com  

Eric Dirks  
WILLIAMS DIRKS DAMERON LLC  
1100 Main Street  
Suite 2600  
Kansas City, MO  64105  
dirks@williamsdirks.com  

            */s/Benjamin D. Sharkey*  
            Benjamin D. Sharkey

4811-4248-9377, v.  1