UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| RAWAD AHMED, individually and on behalf of others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>ADVANCE/NEWHOUSE PARTNERSHIP d/b/a BRIGHT HOUSE NETWORKS, LLC )<br><br>Defendant. ) | Case No.: 8:14-cv-01885-SDM-MAP |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE AMENDED COMPLAINT**

Defendant, ADVANCE/NEWHOUSE PARTNERSHIP d/b/a BRIGHT HOUSE NETWORKS, LLC[1] ("Defendant"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), respectfully files this Consent Motion for Extension of Time to Respond to the Amended Complaint.  Defendant requests that the Court extend its responsive pleading deadline until on or before February 16, 2015.  As set forth below, the Parties are engaging in good faith settlement negotiations and seeking to resolve this matter short of protracted litigation, constituting good cause for the requested extension of time:

1. Plaintiff, RAWAD AHMED ("Plaintiff"), filed a Collective Action Complaint under the Fair Labor Standards Act ("FLSA") on August 5, 2014.  Plaintiff subsequently filed an Amended Collective Action Complaint ("Amended Complaint") [Doc. 10] on December 2, 2014.  That same day, Defendant, by and through the undersigned counsel, signed a Waiver of

---

[1] Plaintiff's Amended Complaint incorrectly names Advance/Newhouse Partnership, d/b/a Bright House Networks, LLC as the Defendant in this action.

the Service of Summons [Doc. 11], acknowledging its obligation to serve a responsive pleading to the Amended Complaint by February 2, 2015.

2.       Since that time, the Parties have been engaged in earnest settlement discussions and respectfully request an extension of time for Defendant to file its responsive pleading so that the Parties can exhaust settlement discussions without expending resources on litigation.

3.       The Parties believe that a responsive pleading deadline of February 16, 2015, will be sufficient to conclude the settlement negotiations.

4.       This Motion is made in good faith, and is not designed for any improper purpose or to delay or to otherwise prejudice the rights of any party.

5.       Plaintiff consents to this Motion.

## **MEMORANDUM OF LAW**

Rule 6(b)(1) of the Federal Rules of Civil Procedure provides that where an enlargement of time is requested before the expiration of the period originally prescribed, such enlargements may be granted for "good cause." This Motion is filed in advance of the present deadline for Defendant to respond to the Amended Complaint. As set forth above, Defendant requests this enlargement of time to attempt, in good faith, to settle this matter. Therefore, Defendant's request for an enlargement of the deadline is supported by good cause.

WHEREFORE, Defendant respectfully requests that this Court **GRANT** Defendant's Consent Motion for Extension of Time to Respond to the Amended Complaint, permitting Defendant to file its responsive pleading to the Amended Complaint on or before February 16, 2015, and providing such further relief as the Court deems appropriate.

## **CERTIFICATE OF LOCAL RULE 3.01(g) ATTORNEY CONFERENCE**

The undersigned certifies that he has conferred with opposing counsel prior to filing this Motion. Opposing counsel consents to a fourteen (14) day extension of time for Defendant to file its responsive pleading.

DATED this 30th day of January 2015.

                                      Respectfully submitted,

                                      JACKSON LEWIS P.C.
                                      501 Riverside Avenue, Suite 902
                                      Jacksonville, Florida 32202
                                      Telephone:  (904) 638-2655
                                      Facsimile:  (904) 638-2656

                                      By:    */s/Benjamin D. Sharkey*
                                                     Benjamin D. Sharkey
                                                     Florida Bar No. 0389160

                                    Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      This is to certify that the foregoing pleading was filed using the CM/ECF System, which will automatically give notice this 30th day of January 2015 to the following attorneys of record by electronic means:

| | |
|---|---|
| Sam J. Smith<br>Tamra Givens<br>BURR & SMITH, LLP<br>111 2nd Avenue N.E., Suite 1100<br>St.Petersburg, Florida  33701<br>ssmith@burrandsmithlaw.com<br>tgivens@burrandsmithlaw.com | Eric Dirks<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street<br>Suite 2600<br>Kansas City, MO  64105<br>dirks@williamsdirks.com |

                                                  */s/Benjamin D. Sharkey*
                                                  Benjamin D. Sharkey

4834-6934-6081, v.  1